

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-21-00550-CV

Jose **VAZQUEZ-VICENTE**, M.D. d/b/a Advanced Health Institute for Women's Health, P.A.,
Appellant

v.

Priscilla **VILLARREAL-TREVINO**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVB001055D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal and appellant's brief was originally due on January 24, 2022. On January 31, 2022, appellant filed an unopposed motion requesting an extension of time until February 23, 2022.

The motion is GRANTED, and appellant is ORDERED to file his brief **no later than February 23, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court